# LEGALINK, INC.
## MERRILL LEGAL SOLUTIONS



20750 Ventura Boulevard, Suite 205  
Woodland Hills, CA 91364

Phone: (818) 593-2300  
Fax: (818) 593-2301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 17124482 | 11/16/2009 | 1705-291447 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 11/02/2009 | LDA | 3:08CV1552 |

**CASE CAPTION**

EEOC vs. Service Temps dba Smith Personnel

**TERMS**

Immediate, sold FOB Merrill facility

Joel Clark  
Equal Employment Opportunity Commission  
207 S. Houston St.  
3rd Floor  
Dallas, TX 75202

```
ORIGINAL AND 1 COPY OF TRANSCRIPT (BUSINESS LITIGATION)
   Bill Cue
                                    65 Pages @       4.18/Page         271.70
        EXHIBITS                    22 Pages @        .33/Page           7.26
        Process/Delivery                                                36.00

                         TOTAL   DUE   >>>>                            314.96

Merrill Legal Solutions has a new payment address.
For your convenience, LegaLink, Inc. now accepts Visa/Mastercard.

Dallas, TX
```

TAX ID NO.: 20-2665382

(214) 253-2700   Fax (214) 253-2749

*Please detach bottom portion and return with payment.*

Joel Clark  
Equal Employment Opportunity Commission  
207 S. Houston St.  
3rd Floor  
Dallas, TX 75202

Invoice No.: 17124482  
Date       : 11/16/2009  
**TOTAL DUE** :    314.96

Job No.  : 1705-291447  
Case No. : 3:08CV1552  
EEOC vs. Service Temps dba Smith Per

Remit To:  LegaLink, Inc.  
           File 70206  
           Los Angeles, CA 90074-0206

B-Invoice electronic and printed transcripts

# LEGALINK, INC. 
## MERRILL LEGAL SOLUTIONS

20750 Ventura Boulevard, Suite 205  Phone: (818) 593-2300
Woodland Hills, CA 91364  Fax: (818) 593-2301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 17122269 | 09/23/2009 | 1705-289277 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 09/16/2009 | LDA | 3:08CV1552 |

**CASE CAPTION**

EEOC vs. Service Temps dba Smith Personnel

**TERMS**

Immediate, sold FOB Merrill facility

Joel Clark
Equal Employment Opportunity Commission
207 S. Houston St.
3rd Floor
Dallas, TX 75202

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    Joe Roberts                              113 Pages @    4.18/Page      472.34
          EXHIBITS                            46 Pages @     .33/Page       15.18
          Process/Delivery                                                  36.00

                                    TOTAL  DUE  >>>>                       523.52
```

Merrill Legal Solutions has a new payment address.
For your convenience, LegaLink, Inc. now accepts Visa/Mastercard.

Dallas, TX

TAX ID NO.: 20-2665382                                   (214) 253-2700   Fax (214) 253-2749

*Please detach bottom portion and return with payment.*

Joel Clark
Equal Employment Opportunity Commission
207 S. Houston St.
3rd Floor
Dallas, TX 75202

```
Invoice No.:  17122269
Date       :  09/23/2009
TOTAL DUE  :    523.52


Job No.    :  1705-289277
Case No.   :  3:08CV1552
EEOC vs. Service Temps dba Smith Per
```

Remit To:  **LegaLink, Inc.**
           **File 70206**
           **Los Angeles, CA 90074-0206**

B-Invoice electronic and printed transcripts

# LEGALINK, INC. 
## MERRILL LEGAL SOLUTIONS

20750 Ventura Boulevard, Suite 205  Phone: (818) 593-2300
Woodland Hills, CA 91364  Fax: (818) 593-2301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 17122601 | 09/30/2009 | 1705-289279 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 09/18/2009 | LDA | 3:08CV1552 |

| CASE CAPTION |
|---|
| EEOC vs. Service Temps dba Smith Personnel |
| TERMS |
| Immediate, sold FOB Merrill facility |

Joel Clark
Equal Employment Opportunity Commission
207 S. Houston St.
3rd Floor
Dallas, TX 75202

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    Carl Ray                       104 Pages @      4.18/Page       434.72
            EXHIBITS                26 Pages @       .33/Page         8.58
            Process/Delivery NL                                      26.00

                           TOTAL   DUE   >>>>                       469.30
```

Merrill Legal Solutions has a new payment address.
For your convenience, LegaLink, Inc. now accepts Visa/Mastercard.

Dallas, TX

TAX ID NO.: 20-2665382                              (214) 253-2700   Fax (214) 253-2749

*Please detach bottom portion and return with payment.*

Joel Clark
Equal Employment Opportunity Commission
207 S. Houston St.
3rd Floor
Dallas, TX 75202

Invoice No.: 17122601
Date       : 09/30/2009
**TOTAL DUE** :    469.30

Job No.   : 1705-289279
Case No.  : 3:08CV1552
EEOC vs. Service Temps dba Smith Per

Remit To:  **LegaLink, Inc.**
           **File 70206**
           **Los Angeles, CA 90074-0206**

B-Invoice electronic and printed transcripts

214-668-3433

# Eidd Reporting, Video & Records, Inc.
P. O. Box 270506
Flower Mound, Texas 75027-0506
(214) 630-3180 Phone   (972) 966-1077 Fax
Tax ID: 75-1753145

October 22, 2009

MR. JOEL CLARK
UNITED STATES EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
DALLAS DISTRICT OFFICE
207 SOUTH HOUSTON STREET
DALLAS, TX 75202

**Invoice Number**
**KH 11962**

Re:   CASE NO. 3-08CV1552-D
      EEOC vs. SERVICE TEMPS, INC ET AL
      TAKEN ON 10/15/2009

Description of Services

COPY OF DEPOSITION OF BELINDA F.
McCALLISTER

Invoice total:   $159.13

PLEASE MAIL CHECK TO OUR P. O. BOX ABOVE. THANK YOU!

PAYMENT DUE AND PAYABLE IN DALLAS COUNTY, TEXAS IN 30 DAYS
TAKE 5% DISCOUNT IF PAID BY CHECK WITHIN 30 DAYS.

IF PAYING BY CREDIT CARD WITHIN 30 DAYS NO FEE WILL BE
ADDED. IF PAYING BY CREDIT CARD AFTER 30 DAYS, 4% FEE
WILL BE ADDED. WE ACCEPT MASTERCARD & VISA.

B-Invoice electronic and printed transcripts

AO 44 (Rev. 11/08)

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| INVOICE | NUMBER 001 |

TO: Joel E. Clark
joel.clark@eeoc.gov

MAKE CHECK PAYABLE TO:
Pamela J. Wilson 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
7802 Wilmington Drive
Rowlett, Texas 75089

PHONE: (214) 253-2743
FAX:

PHONE: (214) 662-1557

## TRANSCRIPTS

☐ CRIMINAL   ☑ CIVIL   DATE ORDERED 10/21/2010   DATE DELIVERED

IN THE MATTER OF (CASE NUMBER AND TITLE)
EEOC v. SERVICE TEMPS, 3:08-CV-1552-D  Volumes 1B-3, 9/20-22/2010

### CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | 3.65 | 0.00 | | 0.90 | 0.00 | | 0.60 | 0.00 | 0.00 |
| 14-Day | | 4.25 | 0.00 | | 0.90 | 0.00 | | 0.60 | 0.00 | 0.00 |
| Expedited | | 4.85 | 0.00 | 307 | 0.90 | 276.30 | 307 | 0.60 | 184.20 | 460.50 |
| Daily | | 6.05 | 0.00 | | 1.20 | 0.00 | | 0.60 | 0.00 | 0.00 |
| Hourly | | 7.25 | 0.00 | | 1.20 | 0.00 | | 0.60 | 0.00 | 0.00 |
| Realtime | | 3.05 | 0.00 | | 1.20 | 0.00 | | | | 0.00 |

For proceedings on (Date):

| | |
|---|---|
| TOTAL | 460.50 |
| LESS DISCOUNT FOR LATE DELIVERY | |
| ADD AMOUNT OF DEPOSIT | |
| TOTAL REFUNDED | 0.00 |
| TOTAL DUE | 460.50 |

### ADDITIONAL INFORMATION
Full price may be changed only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE OF OFFICIAL COURT REPORTER
s/Pamela Wilson

DATE
10/21/2010

DISTRIBUTION:   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR

B-Invoice electronic and printed transcripts